No. 17,179.

BOGGIO ET AL. *v.* SCHNELLER ET AL.
(269 P. [2d] 707)

Decided April 5, 1954.   Rehearing denied April 26, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. FRANK A. BRUNO, Mr. H. D. REED, for plaintiffs in error.

Messrs. CRISTIANO & BUGDANOWITZ, for defendant in error.